# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00430-CR

**Brandon Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 2008-181, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Brandon Hernandez has filed a motion to dismiss his appeal, explaining that he has discharged his sentence and no longer wishes to pursue his complaints. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: November 18, 2009

Do Not Publish